IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                    No.  2:13CR20046-001

RANDALL BURKETT                                              DEFENDANT

# O R D E R

At the detention hearing held August 12, 2013, the court, after hearing testimony and after being well and sufficiently advised, detained the defendant and directed that the defendant be remanded to the custody of the U.S. Marshal's Service.  The Defendant is detained pending the jury trial set for September 16, 2013.

SO ORDERED this 13th  day of August, 2013.

**/s/ J. Marschewski**
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE